# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ANTHONY WRIGHT,**            CASE NO.   **3:12-CV-006**

    Plaintiff,

                           **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE** and is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: October 2, 2012                                                  **JOHN P. HEHMAN, CLERK**

                                                              By: *s/ M. Rogers*
                                                              Deputy Clerk